**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2018-CA-0631

Pontchartrain Natural Gas System, k/d/s Promix, L.L.C., and
Acadian Gas Pipeline System

- - Versus - -

Texas Brine Company, LLC

23rd Judicial District Court
Case #: 34265
Assumption Parish

On Application for Rehearing filed 07/17/2019 by Texas Brine Company

Rehearing _____Denied_____

_____
John Michael Guidry

_____
Toni Manning Higginbotham

_____
Mitchell R. Theriot

Date _____AUG 0 7 2019_____

_____
Rodd Naquin, Clerk